SIMPSON, EXR., APPELLEE, *v.* CITY OF NILES POLICE
DEPARTMENT ET AL., APPELLANTS.

[Cite as *Simpson v. Niles Police Dept.* (2001), 91 Ohio St.3d 201.]

(Nos. 00–580 and 00–807—Submitted February 28, 2001—Decided March 28, 2001.)

*Reminger & Reminger Co., L.P.A.,* and *Nick C. Tomino,* for appellants.

CAIN, ADMR., APPELLEE, *v.* SIMPSON, ADMR., ET AL.; CITY OF NILES ET AL., APPELLANTS.

[Cite as *Cain v. Simpson* (2001), 91 Ohio St.3d 202.]

(Nos. 00–584 and 00–808—Submitted February 28, 2001—Decided March 28, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.